**Roscoe Joseph HARRIS, #39944, Appellant,**

v.

**Howard YEAGER, Principal Keeper, New Jersey State Prison.**

**No. 17668.**

United States Court of Appeals
Third Circuit.

Submitted on Briefs June 6, 1969.

Decided June 23, 1969.

Roscoe Joseph Harris, pro se.

Eugene T. Urbaniak, Deputy Atty. Gen., Trenton, N. J. (Arthur J. Sills, Atty. Gen., of New Jersey, on the brief), for appellee.

Before KALODNER, FREEDMAN and SEITZ, Circuit Judges.

## OPINION OF THE COURT

PER CURIAM:

On review of the record we find no error.

The Order of the District Court entered November 6, 1968 will be affirmed for the reasons so well stated in the Memorandum and Order of Judge Cohen reported at 291 F.Supp. 1015 (D.N.J. 1968).